IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**OTIS OLIVER MCCRAY**                                                                 **PLAINTIFF**

**V.**                                                                 **NO. 4:17CV115- RP**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.**               **DEFENDANTS**

## ORDER

Before the Court is Plaintiff's "Motion for Advancement of Funds." Doc. #23. In the instant motion, Plaintiff asks the Court to advance him $10,000 so that he can pay medical bills with which he has been wrongfully assigned responsibility. *Id.* Plaintiff's request is wholly baseless, and his motion [23] is **DENIED**. To the extent that Plaintiff's complaint did not adequately assert this claim, however, the Court finds that Plaintiff's complaint is hereby **AMENDED** to include a claim that the Mississippi Department of Corrections ("MDOC") has wrongfully assigned to Plaintiff the responsibility to pay medical bills for services performed while he was in the custody of MDOC.

**SO ORDERED** this the 30th day of November, 2017.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE